UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLORIA COLLIER,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>    Defendants. | Civil Action No.: 1:24-cv-08934-ALC<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Plaintiff Gloria Collier and attorneys for Defendant National Railroad Passenger Corporation that the above-entitled action be and is hereby dismissed with prejudice, with each party to bear its own costs.

**LAW OFFICES OF SPAR & BERNSTEIN, PC**
Attorneys for Plaintiff Gloria Collier

By: _____
   Dana M. Whitfield, Esq.

Dated: July 2, 2025

**LANDMAN CORSI BALLAINE & FORD P.C.**
Attorneys for Defendant National Railroad Passenger Corporation d/b/a Amtrak

By: *s/Andrew B. Charkow*
   Andrew B. Charkow, Esq.

Dated: September 19, 2025